AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 8:25MJ538 |
|  | ) |
| MANUEL GARCIA | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 2017 to September 2025** in the county of **Douglas** in the _____ District of **Nebraska**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(iv) | Encouraging or Inducing Illegal Entry |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 10/2/2025

City and state: Omaha, Nebraska

*Complainant's signature*

SA Mark Lee, HSI
*Printed name and title*

*Judge's signature*

RYAN C. CARSON, United States Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANUEL GARCIA,<br><br>    Defendant. | 8:25MJ538 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**
**FOR THE ARREST OF MANUEL GARCIA**

I, Mark Lee, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), Immigration and Customs Enforcement ("ICE"), and I have been personally involved in the investigation of this matter. I have been a special agent with the federal government for approximately eighteen (18) years. Prior to this, I worked as an Immigration Enforcement Agent with the Enforcement and Removal Office within ICE in Bloomington, Minnesota, for four (4) years. I have been employed by HSI since July 2007. I am currently assigned to the HSI Omaha Field Office in Omaha, Nebraska. I am responsible for enforcing federal criminal statutes, including, among others, violations of Title 8 (Aliens and Nationality) of the United States Code (U.S.C.). I have received training and have experience relating to Federal Criminal Procedures, Federal Statutes, and U.S. Immigration and Customs regulations. My responsibilities as an HSI Special Agent include investigating criminal violations involving the immigration and nationality laws of the of the United States. As a Special Agent of HSI, I am authorized to investigate violations of laws under Title 18 (Crimes and Criminal

Procedure of the United States), and I am a law enforcement officer with authority to execute arrest, search, and seizure warrants under the authority of the United States. The information set forth in this affidavit is based on my personal knowledge, observations, and the review of documents and information obtained during this investigation. It is also based on information provided by other agencies who have participated in this investigation. Because this affidavit is for the limited purpose of establishing probable cause to support the issuance of an arrest warrant for Manuel GARCIA, it contains only a summary of relevant facts. I have not included each and every fact known to me concerning this investigation.

II.   **APPLICABLE LAW AND DEFINITIONS**

2.   Title 8, United States Code, § 1324(a)(1)(A)(iv) and (a)(1)(B)(i) provide in part that any person who:

> encourages or induces an alien to come to, enter, or reside in the United States, knowing or in reckless disregard of the fact that such coming to, entry, or residence is or will be in violation of law; and in which the offense was done for the purpose of commercial advantage or private financial gain, be fined under title 18, imprisoned not more than 10 years, or both.

III.   **FACTS ESTABLISHING PROBABLE CAUSE**

3.   Your Affiant has been investigating whether Manuel GARCIA; Guadalupe ACOSTA-MUNOZ (spouse of Manuel); Guadalupe GARCIA (mother of Manuel); Jesus Jose GARCIA (father of Manuel); Angel GARCIA (son of Manuel and Guadalupe ACOSTA); and other relatives are harboring and knowingly employing illegal aliens from Mexico and other foreign countries and obtaining their labor by force, fraud, or coercion to operate their business. An HSI investigation indicates the GARCIAs recruit undocumented foreign nationals primarily

from the area around the family's hometown in Durango, Mexico, and pay for them to be smuggled to the U.S. to work at DOS DE OROS.

4. Based on records obtained by your Affiant and the information summarized below, evidence indicates that DOS DE OROS was opened in the early 2000s by Guadalupe GARCIA and her daughter Rosario SARINANA (deceased) in Aurora, Colorado, before moving operations to the Omaha area around 2005. Jesus Jose GARCIA helped establish and run the business; however, his identity was not associated with any business records because he illegally returned to the U.S. after being deported in 1997 for convictions related to marijuana trafficking in New Mexico. Based on source information obtained by your Affiant, information from other law enforcement officers, and a review of law enforcement records, Jesus Jose GARCIA returned to Mexico in 2019. Based on records obtained by your Affiant, Manuel GARCIA began working at DOS DE OROS in Colorado in 2001 and is now the current owner of the business.

5. Your Affiant initiated an investigation after reviewing a tip received by the Minneapolis FBI in 2019. In summary, a person who claimed to be a former employee at DOS DE OROS said he was enticed by Manuel GARCIA's father, Jesus GARCIA, to come to the U.S. from Mexico at the age of sixteen (16) to work at one of their food trucks. The former employee claimed he was housed with twenty-five (25) other undocumented foreign nationals from Mexico in a warehouse building with one bathroom in Bellevue, NE. The employee said he and other individuals were transported each day in a white van to work at the food trucks. The employee had to pay off a $7,500 "smuggling fee" to the GARCIAs and was given $100 per week to send to his family in Mexico.

6. Beginning in June 2023, your Affiant received source[1] information regarding the employment of illegal aliens and the daily operation at DOS DE OROS. The following is a summary of the information provided from June 2023 through September 2024:

    a. The source was recruited in Mexico and illegally smuggled into the U.S. for the purpose of working at the food truck.

    b. If employees try and quit, Manuel GARCIA and Guadalupe GARCIA have threatened to call immigration.

    c. Employees typically communicate with "Lupita" (Guadalupe ACOSTA-MUNOZ) about the day-to-day operations of the business, and, if they complain too much, Manuel GARCIA will show up and try to persuade them to stop complaining and promise to make changes that never manifest.

    d. Employees complain about the working conditions inside the trucks and the long hours they are required to work.

    e. Employees know about the white warehouse identified as 1803 Main Street, Bellevue and refer it as "La Bodega."

    f. Manuel GARCIA instructs employees not to discuss how much they are paid, smuggling fees to come to the U.S., or rent payments to avoid creating animosity and dissention among the employees; however, some employees still discuss these topics.

---

[1] The source is a person who agreed to provide information to your Affiant and assist the investigation. Based on that assistance, the source and their spouse have been granted deferred action for immigration violations and may be eligible for immigration benefits. The source has been paid $10,000 for information and assistance they have provided. The source has been granted work authorization for the purposes of obtaining a driver's license. In addition, your Affiant agreed to and did request that a person related to the source be re-located to the United States, due to potential danger to that person. To protect the source's identity, that person will be referenced only as "source" when your Affiant describes information provided by that source.

    g.    At the beginning of this investigation, the source said the food trucks only accepted cash and, later in the investigation, provided information that one of the trucks began accepting credit card payments.

    h.    Employees write down orders on tickets that are kept in the registers in food trucks.

    i.    Registers are typically emptied once or twice a day. "Lupita" (Guadalupe ACOSTA-MUNOZ) or Manuel GARCIA typically come and empty the registers. If Guadalupe GARCIA is in town, she will come and empty the registers.

    j.    Sometimes at the end of the shift, the food truck at O'Reilly Auto Parts store on 24th Street will be brought back to the building in Bellevue before the cash and order tickets are removed for the day.

    k.    Manuel GARCIA will let you quit if you do not want to work for him anymore but will usually try and scare employees into staying by telling them they will never make it on their own and will eventually come back. The source said typically employees will quit without notice and disappear.

    l.    Most of the employees that come from Mexico initially live at one of the houses at 4006/4018 S 60th Street before being moved to different property owned by Manuel GARCIA.

    m.    When employees initially arrive in Omaha, they are transported to work by one the GARCIA's or other employees, often in a white van or other vehicle. Most employees eventually get their own vehicles.

    n.    The GARCIAs are going to start hiring local Hispanics to work at the food trucks because several recent employees brought from Mexico have run away.

7.    On September 19, 2024, your Affiant received source information that Manuel

5

GARCIA hired a new worker, Employee 11[2]. Employee 11[3] is an undocumented immigrant from Mexico and was hired by Jesus GARCIA. Employee 11 lives on the property of 4018/4006 S 60th Street, Omaha, NE. Both 4018 and 4006 S 60th Street are properties owned or controlled through LLCs by Manuel GARCIA and are next door to each other. The properties have a wooden fence that surrounds both properties that combine them into one property. The front of 4006 S 60th Street is not visible from the street because the fence blocks the view.

8.  Your Affiant has interviewed current and former employees and reviewed Facebook accounts, utility records, and vehicle registration records that indicate most the employees initially reside at 4006 S. 60th Street when they arrive in Omaha from Mexico before being moved to another property owned by Manuel GARCIA.

9.  On January 16, 2025, your Affiant received source information that Manuel GARCIA instructed the employees at DOS DE OROS to pick up their paychecks at SUPERIOR LIQUORS on their respective days off. One of the employees at the liquor store gives them an envelope with cash inside for weekly pay for employment at DOS DE OROS.

10. On three (3) separate occasions[4], two (2) in February, and one (1) in March 2025, the source of information, under the instruction of your Affiant, went to SUPERIOR LIQUORS and obtained an envelope with cash for employment at DOS DE OROS. On two (2) of these occasions the source paid the monthly rent for residing at a property owned by the GARCIAs with a money order. On both occasions the payee line on the money orders was left blank. Your Affiant

---

[2] To protect source information, to protect the identity of employees at DOS DE OROS, and because your Affiant has yet to confirm with certainty the identity of certain workers, current and former employees will be labeled as such and assigned a corresponding number to differentiate them.

[3] In August 2025, surveillance, record checks and facial recognition software has shown that Employee 11 is likely a Mexican national who has been previously deported two times from the United States.

[4] To protect the source of information, your Affiant is excluding dates, times and the specific details regarding the pickup of cash paychecks and rent payments. Your Affiant knows through surveillance that SUPERIOR LIQOURS has numerous security cameras on the exterior of the building and likely on the interior also.

observed one of these money orders endorsed and deposited into the Wells Fargo account x0548, owned by Guadalupe GARCIA. Additional deposits of money orders from DOS DE OROS employees into this account will be detailed later in this affidavit. On one occasion Angel GARCIA was working behind the counter at SUPERIOR LIQUORS.[5]

11. On January 30, 2025, source information indicated Manuel GARCIA is worried about immigration raids and no longer wants the employees driving to work together. Manuel GARCIA recently began parking the taco truck that operates at the O'Reilly Auto Parts store near 24th and I-80 during the day at the liquor store (SUPERIOR LIQUORS) in the evening instead of the food preparation building (1510 Galvin Road) in Bellevue to avoid having multiple employees working at that building. Manuel GARCIA told all employees to stop coming to the building in Bellevue until further notice. Manuel GARCIA would bring the food to the liquor store and stock the trucks there for the day instead of the food preparation building in Bellevue.

12. The source said Manuel GARCIA believes he can prevent the potential arrest and loss of multiple employees by splitting employees up and having them work at different locations rather than all being at the food preparation location in Bellevue. The source said Guadalupe ACOSTA-MUNOZ has only been seen in the company of Manuel GARCIA since late January.[6] The source believes she does not want to drive because of her illegal immigration status and is worried she would get deported if she is stopped by police.

13. Your Affiant corroborated information provided by the source, including, but not limited to: review of public records regarding the ownership of DOS DE OROS and surveillance confirming the operation of DOS DE OROS food trucks at certain locations and transportation of

---

[5] Your Affiant has observed Angel GARCIA working at the liquor store on multiple occasions and believe he works there on a regular basis.
[6] The source provided this information in early February 2025.

7

workers; review of public records indicating certain properties described by the source were owned by one of the GARCIAs or companies they controlled; publicly available photographs on social media depicting persons identified as workers at residences owned by one of the GARCIAs or companies they controlled; review of records obtained from financial institutions that included lease agreements between one or more of the GARCIAs and persons identified as current or former workers; review of financial records from financial institutions and other businesses documenting regular cash transactions in significant amounts; and review of immigration records concerning persons identified as current or former employees at DOS DE OROS.

14. Your Affiant's investigation has shown that prior to late August 2025, there were approximately thirteen (13) illegal alien employees employed at DOS DE OROS. In late August 2025, your Affiant received source information that Manuel GARCIA fired approximately half of the current employees at DOS DE OROS and told them to move out of their residence and leave the area due to anticipated increase in ICE raids and National Guard presence in Omaha. Surveillance by your Affiant and source information indicates there are approximately six (6) illegal alien employees currently employed at DOS DE OROS. Your Affiant has identified two (2) illegal alien former employees at DOS DE OROS who have been deported to Mexico. Multiple other known illegal alien former employees are believed to have voluntarily returned to Mexico. Multiple illegal alien former employees are believed to still reside in the U.S. Interviews of former employees, record checks, and source information indicate that the GARCIAs have facilitated the smuggling of illegal aliens, primarily from Mexico, for the purpose of employment at DOS DE OROS; that the GARCIAs also employ workers that are already in the U.S. illegally to work at DOS DE OROS; and that the GARCIAs have been involved in and facilitated the smuggling of illegal aliens from Mexico into the U.S. for approximately twenty-five (25) years.

15.  Interviews of former employees, record checks, and source information indicate that Manuel GARCIA and his family have likely used the same pattern and techniques to facilitate bringing the workers to the U.S. to work at DOS DE OROS and harboring them at houses and buildings they own. Typically, workers are recruited in Mexico to come and work at DOS DE OROS. The GARCIAs arrange to have the employee smuggled into the U.S. and then recoup the fees from each employee. The employees are responsible for paying back the smuggling fees from wages earned at DOS DE OROS. Employees initially live at Manuel GARCIA's house at 4018 S. 60th Street before being moved to a different house owned by Manuel GARCIA. The employees pay rent to the GARCIAs from wages earned at DOS DE OROS. For example, your Affiant interviewed a former employee who said after crossing the border illegally in March 2023, the former employee was driven by an unknown person from Laredo, TX, to a McDonald's in Omaha, NE, where Manuel GARCIA picked up the former employee in a blue Subaru and drove the former employee to a house in Omaha matching the description of 4018 S. 60th Street.

16.  Interviews, source information and surveillance indicate that Guadalupe ACOSTA-MUNOZ manages and runs the day-to-day operations at DOS DE OROS. Source information and surveillance has revealed that the cash registers at the food trucks are emptied at least twice a day. Guadalupe ACOSTA-MUNOZ or Manuel GARCIA typically come and empty the registers. If Guadalupe GARCIA is in town, she will come and empty the cash registers. Source information and video surveillance has shown that Angel GARCIA will also exchange cash registers at the food trucks. Based on information provided by a source and your Affiant's review of bank records obtained through legal process, some of the cash sales from the business are deposited into the DOS DE OROS business bank accounts and the personal bank accounts of Manuel GARCIA, Guadalupe ACOSTA-MUNOZ, Guadalupe GARCIA, and Angel GARCIA in amounts under

9

$10,000. Manuel GARCIA is authorized to conduct transactions on most of the personal accounts belonging to other family members if he is not the primary account holder. Some of the cash is converted to cashier's checks and used to make payments to credit cards and vehicle loans.

17.  Records obtained by your Affiant reflect that Manuel GARCIA is also the owner of Superior Liquors, a liquor store in Omaha, NE. Your Affiant has reviewed Nebraska Department of Revenue Records that indicate Superior Liquors did not report significant sales/revenue in Nebraska until October 2022. In February 2025, the Nebraska Department of Labor ("NEDOL") records show Superior Liquors does not report any wages paid to any employees. Your Affiant has identified five (5) employees working at Superior Liquors throughout this investigation. One of these employees is Angel GARCIA. Another has been identified as an illegal alien from Mexico.

18.  NEDOL records show that since 2017 DOS DE OROS only reported paying wages to two employees: Guadalupe GARCIA and Angel GARCIA. Source information and undercover operations have shown the illegal alien workers at DOS DE OROS are paid in cash[7] and pick up their payments at Superior Liquors under the direction of Manuel GARCIA. The illegal alien employees are also instructed to purchase blank money orders to pay for rent at properties owned by the GARCIAs and drop them off at the liquor store. During review of bank records obtained through legal process, your Affiant has observed multiple money orders for rent deposited into a Wells Fargo account belonging to Guadalupe GARCIA. Some of these deposits occurred when Guadalupe GARCIA was not in the U.S.

---

[7] In August 2025, your Affiant found checks issued to three (3) undocumented Mexican national employees at DOS DE OROS consistent with payroll checks from the Wells Fargo business checking account (x0311) for DOS DE OROS beginning in October 2024. Your Affiant noted there are no written descriptions on the checks indicating the purpose of the payments to the undocumented employees; however, on checks issued to Guadalupe GARCIA from the same account there are written statements indicated the purpose of the checks are for payroll or lease payments. Prior to October 2024, your Affiant did not observe any other checks issued to any current or former DOS DE OROS employees other than Guadalupe GARCIA and Angel GARCIA between May 2017, and September 2023.

19.    Your Affiant has interviewed several former employees[8] of DOS DE DOS. The following summarizes the information from former employees pertinent to the requested warrant.

20.    On November 23, 2022, your Affiant telephonically interviewed Former Employee 1, who was incarcerated at the U.S. Bureau of Prisons (BOP), Federal Medical Center (FMC) Forth Worth facility, located at 3150 Horton Rd, Fort Worth, TX 76119, with a release date of January 27, 2023. Former Employee 1[9] was incarcerated for federal violations related to illegal reentry into the United States from Mexico. Former Employee 1 provided the 2019 FBI tip, described above, and confirmed the information s/he had previously provided. Former Employee 1 is still contacted by the GARCIAs because of a $7500 USD smuggling debt the GARCIAs claim is owed to them.

21.    Former Employee 1 said the GARCIAs are a well-known, wealthy family in Ojo de Agua, Durango, Mexico. Former Employee 1 said the GARCIAs recruit poor residents from their community and pay Mexican cartels to smuggle illegal aliens into the U.S. to work at their food truck business. Former Employee 1 did not believe the GARCIAs were directly involved with human smuggling.

22.    Former Employee 1 viewed photographs of Manuel GARCIA, Guadalupe GARCIA, and Guadalupe ACOSTA-MUNOZ your Affiant sent to BOP investigators before the interview and correctly identified all individuals depicted in the photographs. Jesus GARCIA is the head of the family and was in Colorado when Former Employee 1 was smuggled into the United States.

---

[8] Several of the former employees labeled in this affidavit were working at DOS DE OROS when your Affiant initiated this investigation and quit sometime during the investigation. Any employee that does not work at DOS DE OROS as of the writing of this affidavit will be labeled as a former employee.

[9] Former Employee 1 has a criminal history in the United States and has been deported from the U.S. several times.

11

23. Former Employee 1 said Manuel GARCIA picked him up in Colorado and drove him to Nebraska to work at the food trucks in 2013 or 2014. Former Employee 1 said the workers at DOS DE OROS would get picked up in white vans and driven to the food trucks to work each day. Former Employee 1 said Guadalupe ACOSTA-MUNOZ or Manuel GARCIA's nephews, Jesse GARCIA and Jerry GARCIA, would drive them to work. Former Employee 1 said Jesse GARCIA and Jerry GARCIA live in Colorado but would routinely travel to Nebraska to help Manuel GARCIA with the business. Former Employee 1 quit DOS DE OROS and fled to another State because of DOS DE EROS' working conditions.

24. Your Affiant interviewed two other former employees at DOS DE OROS, one who worked for Manuel GARCIA for approximately two (2) years, and the other who worked for Manuel GARCIA for approximately nine (9) months, who both told similar stories about their recruitment, travel from Mexico to the U.S., living conditions, and working conditions at DOS DE OROS.

25. In early September 2025, your Affiant interviewed Employee 6 who was fired from DOS DE OROS by Manuel GARCIA in late August 2025. Employee 6 lived at a residence owned by Manuel GARCIA and paid rent with money orders. Employee 6 is from Mexico and illegally entered the U.S. approximately seven (7) years ago and travelled to Omaha, NE, to work for Manuel GARCIA at DOS DE OROS. Employee 6 said Manuel GARCIA or Jesus GARCIA paid the smuggling fees and travel costs to get to Omaha and Employee 6 was required to pay back the fees in full through employment at DOS DE OROS. Employee 6 initially lived at 4006 S 60th Street after arriving in the U.S. from Mexico and has lived at several other properties owned by the GARCIAs while employed at DOS DE OROS.

26. On September 17, 2025, your Affiant interviewed another former employee at DOS DE OROS who stated he came to the U.S. illegally from Mexico in October 2017 to work for Manuel GARCIA. The former employee stated that Manuel GARCIA and/or Jesus GARCIA, Manuel's father, coordinated with the human smugglers to arrange his illegal entry into the U.S. The former employee stated Manuel GARCIA picked him up at a store in Bellevue, NE, after he was dropped off by a human smuggler in Nebraska. The former employee stated he paid back the smuggling fees, approximately $13,000 USD, through employment at DOS DE OROS. The former employee lived with other illegal alien employees at houses owned or controlled by Manuel GARCIA while employed at DOS DE OROS. The former employee quit DOS DE OROS in October 2019 because of how he and other employees were treated.

27. On September 17, 2025, your Affiant interviewed another former employee who worked for DOS DE OROS in Aurora, CO, for approximately six (6) months in 2008. The former employee is an illegal alien from Mexico and worked for Guadalupe GARCIA, Manuel's mother, and was aware that contemporaneous to his employment at DOS DE OROS in Aurora, Manuel GARCIA and Jesus GARCIA operated one or more food trucks in Omaha, NE. This is based on information he obtained independently and information from conversations with other employees. The former employee said Jesus GARCIA and Guadalupe GARCIA paid the fees to have him illegally smuggled into the U.S. from Mexico and he paid back the fees back through employment at DOS DE OROS. The former employee said he lived at residences owned by Guadalupe GARCIA and another relative of the GARCIAs while employed at DOS DE OROS. The former employee stated Guadalupe GARCIA asked him to go Omaha to work at DOS DE OROS, but he declined to go after another employee warned him not to go because of the way employees there were treated. The former employee was later fired by Guadalupe GARCIA for being disloyal and

13

reckless. Guadalupe GARCIA threatened to call immigration on the former employee, so he fled to another State.

28. These interviews and other evidence obtained throughout the investigation indicate that Manuel GARCIA and his family have likely used the same pattern and techniques to acquire most workers for their business since its incorporation. Typically, workers are recruited in Mexico to come and work at DOS DE OROS. The GARCIAs arrange to have the employee smuggled into the U.S. and then recoup the fees from each employee. The employees are responsible for paying back the smuggling fees from wages earned at DOS DE OROS. Employees initially live at one of the residences on the property of 4018/4006 S. 60th Street before being moved to a different house owned by the GARCIAs. The employees pay rent to the GARCIAs from wages earned at DOS DE OROS. The smuggling fees and rent payments are made with money orders purchased by the employees. Source information and a review of bank deposit records by your Affiant indicate the payee lines on the money orders are left blank after the money orders are purchased.

29. Based on the foregoing information, my training, and experience, there is probable cause to believe that Manuel GARCIA is in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv) (Encouraging and Inducing Illegal Entry).

30. Your Affiant further requests that this affidavit and any related Complaint be sealed by this Court. It is the Affiant's belief that disclosure at this time may jeopardize the ongoing investigation into the described criminal activity.

Mark Lee

        Special Agent
        Homeland Security Investigations

    Subscribed and sworn to before by telephone or other reliable electronic means this 2nd day of October, 2025.

_____
RYAN C. CARSON
United States Magistrate Judge

15